HANGLEY
ARONCHICK
SEGAL
PUDLIN
& SCHILLER
ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

1415 Route 70 East
Suite 405
Cherry Hill, NJ 08034
856.616.2170/facsimile
www.hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
PLYMOUTH MEETING, PA

**Jason A. Levine**
**Managing New Jersey Attorney**

Robert A. Wiygul
Direct Dial: 215.496.7042
E-mail: rwiygul@hangley.com

October 13, 2026

**Via ECF**

Honorable Zahid N. Quraishi
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Republican National Committee, et al. v. Emehelu, et al.*, No. 26-cv-12522 (ZNQ) (RLS)**

Dear Judge Quraishi:

On behalf of Defendant Shirley Emehelu, in her official capacity as Acting Secretary of State of New Jersey (the "State"), I write to request a thirty-day extension of time, until December 2, 2026, for the State to answer, move, or otherwise respond to Plaintiffs' Amended Complaint. Plaintiffs' counsel consents to this request.

The State seeks this extension due to a number of competing commitments leading up to and immediately following the current November 2 deadline. Among other things, the State and its counsel will be occupied with the significant undertaking of preparing for and administering the 2026 general election, which is scheduled for November 3. In addition, my co-counsel, Mr. Levine, and I will be handling a civil trial scheduled to commence in the Philadelphia Court of Common Pleas on November 2, and will be occupied with trial preparations in the preceding weeks.

Plaintiffs served the State with their original Complaint on September 28, 2026, and served an Amended Complaint on October 2, 2026. The State was previously granted a clerk's extension of its response deadline until November 2, 2026. The State has not received any other extensions.

I thank the Court for its consideration of this request.

Respectfully,

Robert A. Wiygul

cc: All Counsel of Record (via ECF)

* * * *

It is hereby **ORDERED** that the above request by Defendant Shirley Emehelu, in her official capacity as Acting Secretary of State of New Jersey, for a 30-day extension of time, until December 2, 2026, to answer, move, or otherwise respond to Plaintiffs' Amended Complaint is **GRANTED**.

~~ZAHID N. QURAISHI, J.~~
RUKHSANAH L. SINGH, U.S.M.J.

Dated: October 14, 2026