CONNELL FOLEY

A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500 F 973.535.9207

**John P. Lacey**
Partner
jlacey@connellfoley.com

October 29, 2026

**VIA ELECTRONIC FILING**
The Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
402 East State Street, Court Room 4W
Trenton, New Jersey 08608

**Re:** ***Republican National Committee, et al. v. Emehelu, et al.*, No. 3:26-cv-12522-ZNQ-RLS**

Dear Judge Quraishi:

We represent Defendants Debra M. Francica, Superintendent of Elections and Commissioner of Registration of Bergen County, New Jersey; Scott Snyder, Commissioner of Registration of Middlesex County, New Jersey; Maryanne Kelleher, Superintendent of Elections of Hudson County, New Jersey; James Foerst, Commissioner of Registration of Union County, New Jersey; and Ken Scherer, Secretary of the Board of Elections of Somerset County, New Jersey (collectively, the "County Defendants").

On behalf of the County Defendants, we write to request an extension of time, until December 2, 2026, for the County Defendants to answer, move, or otherwise respond to Plaintiffs' Amended Complaint. Plaintiffs consent to this request.

The County Defendants seek this extension due to competing professional commitments and considerations of judicial economy. On October 14, 2026, the Court granted Defendant Shirley Emehelu, Acting Secretary of State of New Jersey, an extension of time to respond to the Amended Complaint until December 2, 2026. Extending the County Defendants' response deadline to the same date will promote efficiency by allowing the Court and the parties to address responsive pleadings or motions on a coordinated schedule.

Plaintiffs served the County Defendants on various dates, with the earliest date of service occurring on October 8, 2026. The County Defendants have not previously requested or received any extensions of time in this matter.

We thank the Court for its consideration of this request.

Respectfully submitted,

*s/ John P. Lacey*
John P. Lacey

cc: All counsel of record (via ECF)

* * *

It is hereby **ORDERED** that the above request by the County Defendants for an extension of time until December 2, 2026 to answer, move, or otherwise respond to Plaintiffs' Amended Complaint is **GRANTED**.

_________________________________ Dated:________________________
Hon.